**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Isiah James, Jr., Appellant,

v.

South Carolina Department of Probation, Parole and Pardon Services, Respondent.

Appellate Case No. 2011-199967

Appeal From Richland County
DeAndrea G. Benjamin, Circuit Court Judge

Unpublished Opinion No. 2012-UP-503
Submitted September 4, 2012 – Filed September 5, 2012

**AFFIRMED**

Isiah James, Jr., pro se.

Tommy Evans, Jr., of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:

1. As to whether the circuit court lacked jurisdiction to hear an appeal from the Administrative Law Court:  S.C. Code Ann. § 14-8-200(a) (Supp. 2011) ("[The court of appeals] has jurisdiction over any case in which an appeal is taken from . . . a final decision of [the Administrative Law Court] . . . ."); *State v. Stahlnecker*, 386 S.C. 609, 619, 690 S.E.2d 565, 570 (2010) ("A change in the law does not violate the ex post facto clause if it merely affects a mode of procedure and does not alter substantial personal rights.").

2. As to whether the circuit court erred in refusing to reverse James's 1979 convictions:  *Futch v. McAllister Towing of Georgetown, Inc.*, 335 S.C. 598, 613, 518 S.E.2d 591, 598 (1999) (noting an appellate court need not address remaining issues when the determination of a prior issue is dispositive of an entire appeal).

**AFFIRMED.**[1]

**FEW, C.J., WILLIAMS and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.